UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| JEFFREY T. CRUMLEY,<br>　　Plaintiff<br><br>v.<br><br>ASCENSION SERVICES, L.P. and JANE DOE a/k/a ASHLEY HOOVER,<br>　　Defendants | CASE NO: 3:09CV01314-JCH<br><br><br><br><br>MARCH 30, 2010 |
|---|---|

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Jeffrey T. Crumley, through his attorney, and the defendant, Ascension Services, L.P., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Jeffrey T. Crumley**

By /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel:  (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, **Ascension Services, L.P.**

By /s/ Jonathan D. Elliot
Jonathan D. Elliot (ct3654)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:  (203) 333-9441
Fax: (203) 333-1489
jelliot@znclaw.com

## **CERTIFICATION**

  I hereby certify that on this 30th day of March, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           /s/Daniel S. Blinn
           Daniel S. Blinn